Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS BANK, LTD. and AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

RUTH DIAZ,                                                      Index No.: 07-CV-01601

       Plaintiff(s),               **NOTICE OF ADOPTION OF ANSWER
                 TO MASTER COMPLAINT**

 -against-
                  **ELECTRONICALLY FILED**

AMERICAN EXPRESS BANK, LTD, *et al.*,

       Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendants, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       August 30, 2007

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendants
                    AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

                    By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel