UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                          21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

RUTH DIAZ,                                        07CV1601(AKH)

                              Plaintiff(s),        **NOTICE OF APPEARANCE**

      -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                              Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 22, 2008

                              Yours etc.,

                              HARRIS BEACH PLLC
                              *Attorneys for Defendant*
                              **CENTURY 21, INC., BLUE**
                              **MILLENNIUM REALTY LLC**

                              _____/s/_____
                              Stanley Goos, Esq. (SG-7062)
                              100 Wall Street
                              New York, NY  10005
                              212 687-0100
                              212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 22, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 22, 2008

/s/
Stanley Goos, Esq. (SG 7062)
