x:/ats52429Adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
RUTH DIAZ,

                Plaintiff,

      -against-

80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN
DBA KASCO, ANN TAYLOR STORES CORPORATION,
ET AL,

                Defendants.
------------------------------------------------------------------------X

**NOTICE OF ADOPTION**

07CV01601

      PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       May 16, 2008

                                             _____
                                             ROGER P. McTIERNAN, JR. (RPM 1680)
                                             BARRY, McTIERNAN & MOORE
                                             Attorneys for Defendant
                                             ANN TAYLOR STORES CORPORATION
                                             2 Rector Street – 14th Floor
                                             New York, New York  10006
                                             (212) 313-3600

TO:   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorneys for Plaintiff
      115 Broadway, 12th Floor
      New York, New York 10006
      212-267-3700