UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

Case No.: 21 MC 102 (AKH)

-----------------------------------------------------------------X

RUTH DIAZ,

                Plaintiff(s),

-against-

AMERICAN EXPRESS BANK, LTD, *et al.*,

                Defendant(s).
-----------------------------------------------------------------X

Docket No.: 07-CV-01601-AKH

**STIPULATION OF DISCONTINUANCE AS TO DEFENDANTS, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and McCLIER CORPORATION, ONLY.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. (hereinafter collectively referred to as "AMERICAN EXPRESS") and McCLIER CORPORATION, only as to the claims being made as to the premises located at 200 Vesey and 3 World Financial Center, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the AMERICAN EXPRESS and

McCLIER CORPORATION are proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendants shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 30, 2008

| McGIVNEY & KLUGER, P.C.<br>Attorneys for Defendants<br>AMERICAN EXPRESS COMPANY,<br>AMERICAN EXPRESS BANK, LTD,<br>AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES COMPANY, INC.<br>and McCLIER CORPORATION, | WORBY GRONER EDELMAN & NAPOLI<br>BURN, LLP<br>Attorneys for Plaintiff(s)<br>RUTH DIAZ, |
|---|---|
| By: *[signature]*<br>Richard E. Leff (RL-2123)<br>80 Broad Street, 23rd Floor<br>New York, New York 10004<br>(212) 509-3456<br>(Our File: 1506G-0001) | By: *[signature]*<br>Christopher R. LoPalo (CL-6466)<br>115 Broadway, 12th Floor<br>New York, New York 10006<br>(212) 267-3700 |

SO ORDERED 6/17-08

*[signature]*
U.S.D.J.