Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
:
:
:
-------------------------------------------------------------X
RUTH DIAZ,                                :   07-CV-01601-AKH
:
                          Plaintiff,      :   **NOTICE OF ADOPTION**
:   **OF ANSWER**
        - against -                       :   **TO MASTER COMPLAINT**
:   **BY MERRILL LYNCH**
80 LAFAYETTE ASSOCIATES, LLC, *et al.*,   :
:   **ELECTRONICALLY FILED**
                          Defendants.     :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

       WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

2

| | |
|---|---|
| Dated: New York, New York<br>June 26, 2008 | DICKSTEIN SHAPIRO LLP<br><br>By:   /s/ Judith R. Cohen<br>_____<br>Robert J. Higgins (RH-6477)<br>Judith R. Cohen (JC-8614)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 277-6500<br>Fax: (212) 277-6501<br><br>*Attorneys for Defendant*<br>MERRILL LYNCH & CO., INC. |

2